IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| PATTY ASHWORTH and : <br> JASMIN CHAMBERS, : <br> : <br> Plaintiffs : <br> : <br> : CIVIL ACTION <br> v. : FILE NO. _____ <br> : <br> MIKE GALBUSIERI TRUCKING, : <br> INC., SENTRY SELECT : <br> INSURANCE CO., & : <br> JAMES SNUFFER, JR., : <br> : <br> Defendants : | |

## **PETITION FOR REMOVAL**

TO:   The Judges of the United States District Court, Northern District of Georgia

Defendants Mike Galbusieri Trucking, Inc. and Sentry Select Insurance Company, ("Defendants") respectfully show the Court as follows:

1.

A civil action has been brought against the Petitioner in the State Court of Fulton County, State of Georgia, by the above-named Plaintiffs, said action being designated as Civil Action No. 20EV002981 in which Plaintiffs Patty Ashworth and Jasmin Chambers seek to recover of the Defendants sums in excess of $75,000.00

1

exclusive of interest and costs.

2.

The Plaintiffs are now, were at the time of the commencement of this action, and at all times since have been citizens and residents of the State of Georgia.

3.

Defendant Mike Galbusieri Trucking, Inc., is now, was at the time of the commencement of this lawsuit, and at all times since, a corporation organized and existing under the laws of the State of Florida, having its principal place of business in Lakeland, Florida.

4.

Defendant Sentry Select Insurance Company, is now, was at the time of the commencement of this lawsuit, and at all times since, a corporation organized and existing under the laws of the State of Wisconsin having its principal place of business in Stevens Point, Wisconsin.

5.

Defendants attach copies of the following documents that were filed with the State Court of Fulton County:

Exhibit A    Summons, Complaint and Jury Demand;

Exhibit B    Plaintiffs' First Interrogatories, Request for Production of Documents and Request for Admissions to Defendant Galbusieri Trucking, Inc.;

Exhibit C    Plaintiffs' First Interrogatories, Request for Production of Documents and Request for Admissions to Defendant James Snuffer, Jr.;

Exhibit D    Affidavits of Service for Defendants Sentry Select Insurance Company, Mike Galbusieri Trucking, Inc. and James Snuffer, Jr.;

Exhibit E    Answer of Defendants Sentry Select Insurance Co. and Special Appearance Answer for Mike Galbusieri Trucking, Inc. and James Snuffer, Jr.;

Exhibit F    Demand for Twelve-Person Jury;

Exhibit G    Defendants' First Interrogatories to Plaintiffs, Defendants' First Request for Production of Documents to Plaintiffs and Defendants' First Request for Admissions to Plaintiffs;

Exhibit H    Defendant James Snuffer, Jr.'s Response to Plaintiffs' First Request for Admissions;

Exhibit I    Defendant Mike Galbusieri Trucking, Inc.'s Response to Plaintiffs' First Request for Admissions;

Exhibit J    Plaintiffs' Responses to Defendants' First Request for Admissions;

Exhibit K    Plaintiff Patty Ashworth's Response to Defendants' First Interrogatories and Request for Production of Documents; and

Exhibit L    Plaintiff Jasmin Chambers' Response to Defendants' First Interrogatories and Request for Production of Documents.

6.

Following the filing of the Plaintiff's Complaint (Exhibit A) in the State Court of Fulton County, Georgia, the Defendants served upon the Plaintiff, its First Request for Admissions (Exhibit G). The Request for Admissions were served on the Plaintiff on June 18, 2020. The Plaintiff responded to the Request for Admissions on July 16, 2020, said responses are attached hereto as (Exhibit J). In the Plaintiff's responses to Defendant's First Request for Admissions, the Plaintiff admits the jurisdictional amount in controversy, exclusive of interests and costs, exceeds $75,000.00.

7.

Now, within thirty (30) days after receipt of the Plaintiff's Response to the Defendant's Request for Admissions establishing the jurisdictional amount in controversy, the Defendants remove this case to this Court pursuant to 28 U.S.C. § 1446(b) which permits a case to be removed if the case stated by the initial pleading is not removable, but the Defendants later receive other paper (which includes written discovery responses) from which it can be ascertained that the case is one which has become removable, then the Defendants may remove the case to federal court on the basis of diversity jurisdiction provided by 28 U.S.C. § 1332, so long as

not more than one-year has expired since the case was commenced on March 25, 2020.

8.

Plaintiffs Patty Ashworth and Jasmin Chambers could have originally brought this action in this Court under 28 U.S.C. § 1332, in that it is a civil action wherein the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and cost, and there is diversity of citizenship between the parties.

9.

If a jurisdictional amount in controversy would have been stated specifically in the Plaintiffs' Complaint, this action could have originally been brought in this Court under 28 U.S.C. § 1332, in that it is a civil action wherein the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and cost, and there is diversity of citizenship between the parties.

10.

Pursuant to 28 U.S.C. § 1441, et seq., and 28 U.S.C. § 1367, this action is now removable by reason of diversity of citizenship, there being more than $75,000.00 in controversy, exclusive of interest and costs.

WHEREFORE, Defendants Mike Galbusieri Trucking, Inc., Sentry Select Insurance Co. and James Snuffer, Jr., file this Notice of Removal of said cause to this Court.

Respectfully submitted this 3rd day of August, 2020.

                                                **FAIN, MAJOR & BRENNAN, P.C.**

                                                */s/ James W. Hardee*
                                                JAMES W. HARDEE
                                                Georgia State Bar No. 324399

One Premier Plaza                          WALTER B. YARBROUGH
5605 Glenridge Drive, N.E.               Georgia State Bar No. 780353
Suite 900                                               *Counsel for Defendants Mike*
Atlanta, Georgia  30342                  *Galbusieri Trucking, Inc., Sentry*
(404) 688-6633                                 *Select Insurance Co., and James*
jhardee@fainmajor.com                   *Snuffer, Jr.*
wyarbrough@fainmajor.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| PATTY ASHWORTH and<br>JASMIN CHAMBERS, | : <br> : <br> : | |
| Plaintiffs | : <br> : | |
| | : | CIVIL ACTION |
| v. | : | FILE NO. _____ |
| | : | |
| MIKE GALBUSIERI TRUCKING,<br>INC., SENTRY SELECT<br>INSURANCE CO., &<br>JAMES SNUFFER, JR., | : <br> : <br> : <br> : <br> : | |
| Defendants | : | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the foregoing **Removal Petition** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record as follows:

Brendan Flanagan
FLANAGAN LAW, P.C.
5855 Sandy Springs Circle, Suite 300
Atlanta, GA 30328
BF@bflanlaw.com

This 3rd day of August, 2020.

7

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia State Bar No. 324399
WALTER B. YARBROUGH
Georgia State Bar No. 780353
*Counsel for Defendants Mike Galbusieri Trucking, Inc., Sentry Select Insurance Co., and James Snuffer, Jr.*

One Premier Plaza
5605 Glenridge Drive, N.E.
Suite 900
Atlanta, Georgia 30342
(404) 688-6633
jhardee@fainmajor.com
wyarbrough@fainmajor.com

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia State Bar No. 324399
WALTER B. YARBROUGH
Georgia State Bar No. 780353
*Counsel for Defendants Mike Galbusieri Trucking, Inc., Sentry Select Insurance Co., and James Snuffer, Jr.*

One Premier Plaza
5605 Glenridge Drive, N.E.
Suite 900
Atlanta, Georgia 30342
(404) 688-6633
jhardee@fainmajor.com
wyarbrough@fainmajor.com